[Doc. No. 10]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAIRE NEUNER,<br><br>                      Plaintiff,<br>   v.<br><br>SELECTIVE INSURANCE COMPANY OF AMERICA,<br><br>                      Defendant. | Civil No. 14-3776 (RBK/JS)<br><br>**ORDER** |

     This matter having been brought before the Court by Andrea M. Wilkovich, Esquire, counsel for plaintiff, for an Order allowing Robert Neuner, Esquire, to appear and participate *pro hac vice*; and the Court having considered the moving papers; and this matter being considered pursuant to FED. R. CIV. P. 78, and for good cause shown;

     IT IS this 25th day of August, 2014

     **ORDERED** that Robert Neuner, Esquire, a member in good standing of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

     **ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Hoffman & Baron, LLP, attorneys of record for plaintiff, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney already admitted hereby; and it is further

**ORDERED** that, Robert Neuner, Esquire, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, unless previously paid for the current calendar year; and it is further

**ORDERED** that, Robert Neuner, Esquire, shall make a payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Robert Neuner, Esquire, shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L. Civ. R. 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that, Robert Neuner, Esquire, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that, Andrea M. Wilkovich, Esquire, may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

        s/ Joel Schneider
        JOEL SCHNEIDER
        United States Magistrate Judge