**HOFFMANN & BARON, LLP**
**Andrea Marie Wilkovich**
**6 Campus Drive**
**Parsippany, New Jersey 07054**
**Telephone:  (973) 331-1700**


**Of Counsel: Robert Neuner** (admitted *pro hac vice*)
**HOFFMANN & BARON, LLP**
**6 Campus Drive**
**Parsippany, New Jersey 07054**
**Telephone:  (973) 331-1700**


## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
_____

| | | |
|---|---|---|
| **Claire Neuner,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Action No. 1:14-cv-03776-RBK-JS |
| vs. | ) | Hon. Robert B. Kugler, District Judge |
| | ) | Hon. Joel Schneider, Magistrate Judge |
| | ) | |
| **Selective Insurance Company** | ) | |
| **of America,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**NOTICE OF SERVICE OF PLAINTIFF CLAIRE NEUNER'S RESPONSE TO**

**INTERROGATORIES OF DEFENDANT DIRECTED TO PLAINTIFF AND OF**

**PLAINTIFF CLAIRE NEUNER'S RESPONSE TO REQUESTS FOR**

**PRODUCTION OF DOCUMENTS OF DEFENDANT DIRECTED TO PLAINTIFF**

NOTICE IS HEREBY GIVEN that, on December 29, 2014, Plaintiff's counsel

served on Defendant's counsel the following via email and United States Mail, First-

Class, postage prepaid:

- PLAINTIFF CLAIRE NEUNER'S RESPONSE TO INTERROGATORIES OF DEFENDANT DIRECTED TO PLAINTIFF WITH VERIFICATION AND CERTIFICATE OF SERVICE; and

- PLAINTIFF CLAIRE NEUNER'S RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS OF DEFENDANT DIRECTED TO PLAINTIFF WITH CERTIFICATE OF SERVICE.

Respectfully submitted,

s/ Andrea Marie Wilkovich

Of Counsel:
Robert Neuner (admitted *pro hac vice*)
Hoffmann & Baron, LLP
6 Campus Drive
Parsippany, NJ  07054
(973) 331-1700

Andrea Marie Wilkovich
Hoffmann & Baron, LLP
6 Campus Drive
Parsippany, NJ  07054
(973) 331-1700
awilkovich@hbiplaw.com
Attorneys for Plaintiff,
Claire Neuner

Dated this 29th day of December, 2014