**HOFFMANN & BARON, LLP**
**Andrea Marie Wilkovich**
**6 Campus Drive**
**Parsippany, New Jersey 07054**
**Telephone:  (973) 331-1700**

**Of Counsel: Robert Neuner** (admitted *pro hac vice*)
**HOFFMANN & BARON, LLP**
**6 Campus Drive**
**Parsippany, New Jersey 07054**
**Telephone:  (973) 331-1700**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| **Claire Neuner,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Civil Action No. 1:14-cv-03776-RBK-JS |
| vs. ) | Hon. Robert B. Kugler, District Judge |
| ) | Hon. Joel Schneider, Magistrate Judge |
| ) | |
| **Selective Insurance Company** ) | |
| **of America,** ) | |
| ) | |
| *Defendant*. ) | |

### NOTICE OF SERVICE OF EXPERT REPORT OF A. RICHARD AITKEN, JR.

NOTICE IS HEREBY GIVEN that, on February 13, 2015, Plaintiff's counsel served on Defendant's counsel the following via email and United States Mail, First-Class, postage prepaid:

- EXPERT REPORT OF A. RICHARD AITKEN, JR.; and

- CERTIFICATE OF SERVICE

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | s/ Andrea Marie Wilkovich |
| Of Counsel:<br>Robert Neuner (admitted *pro hac vice*)<br>Hoffmann & Baron, LLP<br>6 Campus Drive<br>Parsippany, NJ  07054<br>(973) 331-1700 | Andrea Marie Wilkovich<br>Hoffmann & Baron, LLP<br>6 Campus Drive<br>Parsippany, NJ  07054<br>(973) 331-1700<br>awilkovich@hbiplaw.com<br>Attorneys for Plaintiff,<br>Claire Neuner |

Dated this 13th day of February, 2015